IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

UNITED STATES OF AMERICA,

                Plaintiff,            ORDER

v.

                                    04-cr-61-bbc

ANTHONY MATZ,

                Defendant.

---

      IT IS ORDERED that defendant ANTHONY MATZ is RELEASED FROM CUSTODY and returned to his conditions of supervision pending further proceedings n this case.

Date: July 16, 2009

                                    BY THE COURT:

                                    STEPHEN L. CROCKER
                                    Magistrate Judge